UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Collegiate Licensing Company, LLC

Plaintiff,

v.

Case No.: 1:24−cv−01146

Honorable Sunil R. Harjani

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 2, 2024:

MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's Motion for Entry of Consent Judgment [71] as to Defendants HQG NeonSign (No. 25), JIARODEY (No. 26), and Jinxiuhe (No. 28) is granted. Defendant JIARODEY's Motion to Dismiss [48] is denied as moot. Enter Consent Judgment. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.